UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

IN THE MATTER OF THE COMPLAINT　*　CIVIL ACTION
OF KIRBY INLAND MARINE, L.P.,　*　NO. _____
AS OWNER OF M/V NICOLE BRENT,
M/V MELINDA BRENT, M/V CHARLOTTE,
M/V CITY OF GREENVILLE,
M/V DAPHNE, M/V LYDIA BRENT,
M/V CITY OF FREEPORT
PETITIONING FOR EXONERATION　*
FROM OR LIMITATION OF LIABILITY　*
　　　　　　　　　　　　　　　　　*

## VERIFIED COMPLAINT FOR EXONERATION
## FROM OR LIMITATION OF LIABILITY

**NOW INTO COURT**, through undersigned counsel, comes Kirby Inland Marine, L.P. ("Kirby"), as owner of the M/V NICOLE BRENT, M/V MELINDA BRENT, M/V CHARLOTTE, M/V CITY OF GREENVILLE, M/V LYDIA BRENT, M/V DAPHNE, and M/V CITY OF FREEPORT, for the time in question, and petitions for exoneration from or limitation of liability, pursuant to Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure, and 46 U.S.C. § 181, *et seq.*, as follows:

I.

At all material times, the M/V MELINDA BRENT, was and is a documented vessel of the United States, United States Coast Guard Doc. No. 572716, a towing vessel of 346 gross tons.

II.

At all material times, the M/V DAPHNE was and is a documented vessel of the United States.

III.

At all material times, the M/V NICOLE BRENT was and is a documented vessel of the United States, United States Coast Guard Doc. No. 658199, a towing vessel of 85 gross tons.

IV.

At all material times, the M/V CITY OF FREEPORT was and is a documented vessel of the United States, United States Coast Guard Doc. No. 629736, a towing vessel of 172 gross tons.

V.

At all material times, the M/V CITY OF GREENVILLE, was and is a documented vessel of the United States, United States Coast Guard Doc. No. 500399, a towing vessel of 598 gross tons.

VI.

At all material times, the M/V MELINDA BRENT was and is a documented vessel of the United States, United States Coast Guard Doc. No. 629852, a towing vessel of 92 gross tons.

VII.

At all material times, the M/V CHARLOTTE, was and is a documented vessel of the United States, United States Coast Guard Doc. No. 571331, a towing vessel of 302 gross tons.

VIII.

At all material times, the M/V MELINDA BRENT, M/V NICOLE BRENT, M/V CHARLOTTE, M/V DAPHNE, M/V CITY OF GREENVILLE, M/V LYDIA BRENT, and the M/V CITY OF FREEPORT were tight, staunch, strong, fully and properly equipped and supplied, and in all respects seaworthy and fit for the services for which they were engaged.

Cross 422008

IX.

Charles Cross alleges that he was exposed to benzene and other hydrocarbons during his employment with Kirby as a deckhand and subsequently a tankerman, while assigned to the Kirby vessels described herein from May 6, 2000 to October 8, 2001.

X.

As a result of the aforesaid alleged exposure, a Petition for Damages, *"Charles Cross v. Kirby Inland Marine, LP and Blessey Marine Services, Inc., et al,"* Docket No. 39358, was filed in the 18th Judicial District Court, Parish of Iberville, State of Louisiana.

XI.

Kirby files this petition for exoneration from or limitation of liability within six months of the date Kirby received the first written notice of claim from any claimant following the aforesaid incident.

XII.

Venue is proper in the United States District Court for the Middle District of Louisiana pursuant to Rule F(9) of the Supplemental Rule sof Certain Admiralty and Maritime Claims.

XIII.

The aforementioned alleged incident and all resultant losses and/or damages, if any, were not caused or contributed to in any way by the fault of Kirby or of any person for whose acts Kirby is legally responsible or by any fault, neglect or unseaworthiness of the M/V NICOLE BRENT, M/V MELINDA BRENT, M/V CHARLOTTE, M/V CITY OF GREENVILLE, M/V LYDIA BRENT, M/V DAPHNE, and M/V CITY OF FREEPORT, but, on the contrary were caused or occasioned by the acts or omissions of plaintiff or other causes for which Kirby is not responsible.

XIV.

Kirby denies that it or the M/V NICOLE BRENT, M/V MELINDA BRENT, M/V CHARLOTTE, M/V CITY OF GREENVILLE, M/V LYDIA BRENT, M/V DAPHNE, and M/V CITY OF FREEPORT, or any persons or property for whom or which Kirby may be legally responsible are liable to any extent in the premises. Kirby claims exoneration from all liability for all losses, damages, injuries, and destruction incurred by reason of the matters aforesaid. In the alternative, and in the event Kirby and/or the M/V NICOLE BRENT, M/V MELINDA BRENT, M/V CHARLOTTE, M/V CITY OF GREENVILLE, M/V LYDIA BRENT, M/V DAPHNE, and/or M/V CITY OF FREEPORT, collectively or individually should be held responsible by reason of the matters hereinabove set forth, Kirby claims the benefits of the Limitation of Liability Act provisions set forth in 46 U.S.C. §181 *et seq.*, and all laws supplementary thereto and amendatory thereof, because all of the losses, damages, injuries, and/or destruction resulting from the aforesaid incident occurred without privity or knowledge of Kirby.

XV.

As evidenced by the attached Affidavit of Value, the values of the M/V NICOLE BRENT, M/V MELINDA BRENT, M/V CHARLOTTE, M/V CITY OF GREENVILLE, M/V LYDIA BRENT, M/V DAPHNE, and M/V CITY OF FREEPORT, immediately following the incident, was $5,970,000.00. There was no freight pending at the time of the allision as evidenced by the attached Affidavit of Kim Darnell. The value of the M/V NICOLE BRENT, M/V MELINDA BRENT, M/V CHARLOTTE, M/V CITY OF GREENVILLE, M/V LYDIA BRENT, M/V DAPHNE, and M/V CITY OF FREEPORT, did not exceed the sum of $5,970,000.00 in total and is limited to each vessel as follows:

| | | |
|---|---|---|
| 1. | M/V LYDIA BRENT | $750,000 |
| 2. | M/V DAPHNE | $460,000 |
| 3. | M/V NICOLE BRENT | $955,000 |
| 4. | M/V CITY OF FREEPORT | $780,000 |
| 5. | M/V CITY OF GREENVILLE | $1,160,000 |
| 6. | M/V MELINDA BRENT | $780,000 |
| 7. | M/V CHARLOTTE | $1,085,000 |

XVI.

Kirby further avers that the amount of estimated claims alleged against it and the M/V NICOLE BRENT, M/V MELINDA BRENT, M/V CHARLOTTE, M/V CITY OF GREENVILLE, M/V LYDIA BRENT, M/V DAPHNE, and M/V CITY OF FREEPORT, may exceed the value of Kirby's interest in the M/V NICOLE BRENT, M/V MELINDA BRENT, M/V CHARLOTTE, M/V CITY OF GREENVILLE, M/V LYDIA BRENT, M/V DAPHNE, and M/V CITY OF FREEPORT, and the freight pending.

XVII.

Kirby files simultaneously herewith an *ad interim* stipulation and bond in the appropriate form with and approved corporate surety for the payment into Court of the amount of Kirby's interest in each of the M/V NICOLE BRENT, M/V MELINDA BRENT, M/V CHARLOTTE, M/V CITY OF GREENVILLE, M/V LYDIA BRENT, M/V DAPHNE, and M/V CITY OF FREEPORT, and pending freight together with interest at the rate of 6% per annum from the date of said stipulation and for costs; and in addition thereof, Kirby is prepared to give bond or stipulation for any amount in excess of the *ad interim* stipulation as may be ascertained and determined to be

Cross 422008

necessary under the orders of this Court and as provided by the laws of the United States and of this Court.

XVIII.

Pursuant to 46 U.S.C. § 181, *et seq.*, Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims, and Local Admiralty Rule 65.1.1, Petitioner is required to furnish security for costs. Accordingly, Kirby files simultaneously herewith, to be deposited into the Registry of the Court, in the amount of $250 in lieu of filing a cost bond.

XIX.

All and singular, the premises of this petition are true on information and belief and within the Admiralty and Maritime jurisdiction of this Court.

**WHEREFORE,** Plaintiff prays:

(1) That the Court enter an Order approving the *ad interim* stipulation and bond for the values for each of the M/V NICOLE BRENT, M/V MELINDA BRENT, M/V CHARLOTTE, M/V CITY OF GREENVILLE, M/V LYDIA BRENT, M/V DAPHNE, and M/V CITY OF FREEPORT, and pending charter hire and/or freight and the bond for security in the total amount of $5,970,000.00 plus interest at the rate of 6% per annum from the date of this Complaint.

(2) That the Court issue notice to all persons asserting claims by reason of any loss, injury, expense or damage, occasioned or incurred by reason of the aforementioned exposure, admonishing them to file their claims with the Clerk of Court and to serve on the attorneys for Kirby a copy thereof on or before a date to be named in the notice.

(3) That the Court issue its injunction prohibiting the commencement and/or staying the prosecution of any and all actions or suits or legal proceedings of any kind

whatsoever against Kirby Inland Marine, L.P., and/or the M/V NICOLE BRENT, M/V MELINDA BRENT, M/V CHARLOTTE, M/V CITY OF GREENVILLE, M/V LYDIA BRENT, M/V DAPHNE, and M/V CITY OF FREEPORT, and/or their underwriters arising out of the aforementioned casualty other than in the present action.

(4) That this Court adjudge that Kirby Inland Marine, L.P., and the M/V NICOLE BRENT, M/V MELINDA BRENT, M/V CHARLOTTE, M/V CITY OF GREENVILLE, M/V LYDIA BRENT, M/V DAPHNE, and M/V CITY OF FREEPORT, are not liable for any loss, injury, expense or damage or claim whatsoever in consequence of the aforementioned incident or, alternatively, that, if such liability ever existed, then that it be limited to the value of Kirby Inland Marine's interest in the aforesaid vessels, either collectively or individually, together with pending freight, if any, pending at the time of the casualty.

(5) That this Court grant such other and further relief, as justice and equity require.

Respectfully submitted,

**FRILOT L.L.C.**

*/s/ J. Dwight LeBlanc, III*
_____
J. DWIGHT LEBLANC, III (#17986)
LARA N. DICRISTINA (#27585)
R. PATRICK RAY (#33325)
1100 Poydras St., Suite 3700
New Orleans, LA 70163
Phone: (504) 599-8000
Fax: (504) 599-8100
Counsel for Petitioner, Kirby Inland Marine, L.P.

**Cross 422008**